Keith McCarter Esq
McCarter Law Group PA
15310 Amberly Dr.
Tampa, FL 33647
P 813 955 9474  F 813 543 9659
McCarterLawGroup@gmail.com

UNITED STATES DISTRICT COURT IN THE MIDDLES DISTRICT OF FLORIDA

SHANEY SCOTT,

    Petitioner,

vs.

G. DERRICK ROBERTS, MICHAEL RAYMONDO AND ALAN SHEPPARD, TRUSTEES OF THE CAROL L, ROBERTS FAMILY TRUST,

    Respondent

8:22 cv 345 WFJ-CPT

MOTION TO RE-OPEN

March 2, 2022

    Petitioner's Attorney Respectfully Requests for the court to re-open the case which was closed due to non-payment of fee and incorrect completion of the cover sheet.

1. Plaintiff's attorney admitted was unaware of how to submit the payment through the internet since this is his first opportunity to file a claim in Federal court.

2. Plaintiff's attorney mistakenly misplaced the reminder to contact the court to make the necessary corrections and was initially under the impression that the court would call to inform him of how to make the payments and correct the cover sheet.

3. Plaintiff's attorney has attempted to submit the filling fee with this motion. If the clerk did not allow this payment of the fee, the fee will be paid within 24 hours of the granting of the motion.

MARCH 2, 2022 - 1   WRIT OF MANDAMUS

4. Plaintiff's attorney will file the properly completed cover sheet within 24 hours of the granting of this motion.

5. Plaintiff's attorney called the clerk's office to inform them that this motion will be filed on March 2, 2022 at 3pm in person, however due to being in dependency shelter court until after 5pm on March 2, 2022, he was not able to file this motion on that day.

6. Plaintiff's attorney requests the court to find excusable neglect for carelessly missing the payment deadline, procedures and complaint inaccuracies due to circumstances beyond his control.

WHEREFORE, Plaintiff's Attorney Respectfully Requests for the court to re-open the case which was closed due to non-payment of fee and incorrect completion of the cover page.

*Keith McCarter*

Keith McCarter Esquire (Bar #: 1031403)
McCarter Law Group PA
15310 Amberly Dr. Ste 250
Tampa, FL 33647
P 813 955 9474  F 813 543 9659
McCarterLawGroup@gmail.com

MARCH 2, 2022 - 2   WRIT OF MANDAMUS